

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE M. FOWLER, a California individual,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF PHOENIX, INC., an AZ corporation, et al.,<br><br>Defendants. | Case No.: 18cv1544-WQH-MSB<br><br>**ORDER** |

HAYES, Judge:

On November 28, 2018, Plaintiff Gayle Fowler, proceeding pro se, filed a Motion (ECF No. 51) for leave to file a second surreply to the Motions to Dismiss filed by Defendants (ECF Nos. 25, 28). The Court has reviewed the filings of the parties. Defendants' Response (ECF No. 50) to Plaintiff's first surreply (ECF No. 45) does not raise new arguments in support of the motions to dismiss. Plaintiff has not shown cause upon which the Court should exercise its discretion to permit the filing of a surreply. Plaintiff's Motion (ECF No. 51) for leave to file a second surreply is denied. *See Garcia v. Biter*, 195 F. Supp. 3d 1131, 1134 (E.D. Cal. 2016) (denying pro se plaintiff leave to file surreply where reply did not raise new evidence or arguments).

IT IS HEREBY ORDERED that Plaintiff's motion for leave to file a second surreply is denied. (ECF No. 51).

DATED: 12/4/18

**WILLIAM Q. HAYES**
United States District Judge