# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: SOUTHERN DISTRICT OF CALIFORNIA

U.S. District Court case number: 3:18-cv-01544-WQH-KSC

Date case was first filed in U.S. District Court: July 9, 2018

Date of judgment or order you are appealing: April 18, 2019

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☐ Yes  ☒ No  ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Gayle Michelle Fowler

Is this a cross-appeal? ☐ Yes  ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case? ☐ Yes  ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

563 Blue Herron Ct

City: Valley Springs     State: CA     Zip Code: 95252

Prisoner Inmate or A Number (if applicable):

**Signature**  *Gayle M Fowler*     Date  05/14/2019

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                 Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Gayle Michelle Fowler<br><br>Pro, Se |

Name(s) of counsel (if any):

| |
|---|
| |

Address: 563 Blue Herron Ct. Valley Springs, CA 95252
Telephone number(s): 858-922-9608
Email(s): Gayle@Gaylemichelle.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| The University of Phoenix,Inc.,Apollo Education Group,Inc,Apollo Global Management,LLC,Apollo Management L.P.,AP VIII Queso Holdings,L.P, Vistria Group,LLC, Gregory Cappelli, Peter Cohen, Peter Sperling, Anthony Miller |

Name(s) of counsel (if any):

| |
|---|
| Raymond Y. Kim (SBN 251210), Zachary C. Frampton (SBN 303225) |

Address: 355 South Grand Avenue, Suite 2900Los Angeles, CA 90071
Telephone number(s): Telephone: +1 213 457 8000
Email(s): rkim@reedsmith.com ;      zframpton@reedsmith.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                     *1*                            New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　　　　　*2*　　　　　　　　　　　　　　*New 12/01/2018*