# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form04instructions.pdf*

**9th Cir. Case Number(s)**

**Case Name** 3:18-cv-01544-WQH-KSC

**Affidavit in support of motion:** I swear under penalty of perjury that I am financially unable to pay the docket and filing fees for my appeal. I believe my appeal has merit. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

**Signature** *Gayle M Fowler*   **Date** 5/14/2019

The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees **and** you have a non-frivolous legal issue on appeal. Please state your issues on appeal. (*attach additional pages if necessary*)

The final dismissal Order (EFC NO. 53) of case 3:18-cv-01544-WQH-KSC contains a substantive error regarding the facts of the records in the docket. The final order document (EFC NO.53) inaccurately states key evidence was denied judicial notice when judicial notice was granted in document (EFC N0.36) and there had been no changes to that ruling. Negating this evidence changes crucial detail regarding timeliness and clarity of the fraud claims of the Plaintiff, Gayle M Fowler and created unsupported findings and conclusions from the court. The final Orders narrative does not support the facts contained in the evidence. The orders narrative misstates the crux of the fraud claim and relevant dates and restates defendant's false narrative that does not support the facts. Additonally, Plaintiff's motion to present a surreply to correct inaccurate false statements presented by the defendant was denied. Justice requires a review of the true facts in evidence that supports a reversal of dismissing the case.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4   1   Rev. 12/01/2018

1. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-Employment | $ 2,300 | $ | $ 2,000 | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and Dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child Support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment Payments | $ | $ | $ | $ |
| Public-Assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify) | $ | $ | $ | $ |
| **TOTAL MONTHLY INCOME:** | $ 2,300 | $ | $ 2,000 | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4                                          2                                   Rev. 12/01/2018

2. *List your employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Calavares, Office of Education | PO Box 760, Angels Camp, CA 95221 | From 03-01-2018 To Present | $ |
| Escondido Union District | 302 North Midway Drive Escondido, CA 92027 | From 2017 To Present | $ |
| Substitute teacher pay varies | average per month 2,000-2300 | From To | $ |
|  |  | From To | $ |

3. *List your spouse's employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
|  |  | From To | $ |
|  |  | From To | $ |
|  |  | From To | $ |
|  |  | From To | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4    3    Rev. 12/01/2018

4. *How much cash do you and your spouse have?*   $ [          ]

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| Bank of America | Checking | $ 400 | $ |
| Bank of America | Savings | $ -20 | $ |
| US Bank | Checking | $ 7 | $ |
|  |  | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
|  | $ |  | $ |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| 2005 Nissan not running) | Morano |  | $ 1,000 |
| **Motor Vehicle 2: Make & Year** | **Model** | **Registration #** | **Value** |
| 2016 Nissan (upside down) | Juke |  | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**                                                                 4                                                         *Rev. 12/01/2018*

| Other Assets | Value |
|---|---|
| Personal items Jewlery, furniture, clothing | $ 2,000 |
|  | $ |
|  | $ |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

7. *State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.*

| Name | Relationship | Age |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4                                         5                                         *Rev. 12/01/2018*

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 1,200 | $ |
| - Are real estate taxes included?  ◯ Yes  ● No | | |
| - Is property insurance included?  ◯ Yes  ● No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 170 | $ |
| Home maintenance (repairs and upkeep) | $ 100 | $ |
| Food | $ 350 | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ 50 | $ |
| Transportation (not including motor vehicle payments) | $ 250 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|    - Homeowner's or renter's | $ | $ |
|    - Life | $ | $ |
|    - Health | $ | $ |
|    - Motor Vehicle | $ 175 | $ |
|    - Other | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) | | |
|    Specify | $ | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**  6  Rev. 12/01/2018

|  | You | Spouse |
|---|---|---|
| Installment payments |  |  |
| - Motor Vehicle | $ 311 | $ |
| - Credit Card (name) AM ex, BofA, Chase, Amazon (IN DEFAULT)citi | $ 54 | $ |
| - Department Store (name) In Default | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ 170 | $ |
| Other (specify) student loans (last forbearance) | $ 161 | $ |
| **TOTAL MONTHLY EXPENSES** | $ 3,815 | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*  ☉ Yes  ○ No

   If Yes, describe on an attached sheet.

10. *Have you spent—or will you be spending—any money for expenses or attorney fees in connection with this lawsuit?*  ○ Yes  ☉ No

    If Yes, how much? $ 

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    Business fees include annual real estate (RE), teaching, education with no upcoming revenues

12. *State the city and state of your legal residence.*

City Valley Springs           State CA

Your daytime phone number (ex., 415-355-8000) 858-922-9608

Your age 47       Your years of schooling 20

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 4                              7                          Rev. 12/01/2018